JUDGE LYNCH

08 CV 5020

RECEIVED
MAY 30 2008
U.S.D.C. S.D.N.Y.
CASHIERS

**DUANE MORRIS LLP**
Attorneys for Plaintiffs
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone No. (973) 424.2000
Facsimile No. (973) 424.2001
Email: JWCarbin@duanemorris.com
       AGKominsky@duanemorris.com
Counsel for Plaintiff ST. PAUL
FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>TORTUE, LTD.,<br><br>        Defendant. | Index No.<br><br>ECF CASE |

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant St. Paul Fire and Marine Insurance Company certify that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held and/or owns 10% or more of the said party's stock: **St. Paul Travelers Companies, Inc. n/k/a The Travelers Company, Inc.**

DM1\1342025.1

                    **DUANE MORRIS LLP**
A DELAWARE LIMITED LIABILITY
PARTNERSHIP
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone: (973) 424-2000
Facsimile: (973) 424-2001

By: _/s/ James W. Carbin_
James W. Carbin, Esq. (JC-5004)
Attorneys for Plaintiff St. Paul Fire
and Marine Insurance Company

Dated: Newark, New Jersey
       May 30, 2008

2