ANDERSON KILL & OLICK, P.C.
R. Mark Keenan (RK 7617)
Greg Hansen (GH 3516)
1251 Avenue of the Americas
New York, New York 10024
(212) 278-1000

Attorneys for Defendant
Tortue, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>- against -<br><br>TORTUE, LTD.,<br><br>                      Defendant. | Civil Action No. 08 CV 5020 (GEL)<br><br>**RULE 7.1 DISCLOSURE** |

Tortue Ltd. is a privately owned company which has no parent corporation and its stock is not owned by any publicly held corporation.

Dated: June 25, 2008

ANDERSON KILL & OLICK, P.C.

By: /s/ Greg Hansen
R. Mark Keenan (RK 7617)
Greg Hansen (GH 3516)
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000

Attorneys for Counterclaim Plaintiff
Tortue Ltd.

NYDOCS1-894860.1