**DUANE MORRIS LLP**
Attorneys for Plaintiffs
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone No. (973) 424.2000
Facsimile No. (973) 424.2001
Email: AGKominsky@duanemorris.com
         JWCarbin@duanemorris.com
Counsel for Plaintiff ST. PAUL
FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ST. PAUL FIRE & MARINE INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**TORTUE, LTD.,**<br><br>Defendant. | ECF Case<br><br>Index No.: 08cv5020<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that that the undersigned attorney is appearing on behalf of the Plaintiff, St. Paul Fire & Marine Insurance Company, in the captioned matter.

DUANE MORRIS LLP
A Delaware Limited Liability Partnership

Date: June 30, 2008                              By: _/s/ Adam Kominsky_
                                                 Adam G. Kominsky (AK-3970)
                                                 Attorneys for Plaintiff St. Paul Fire &
                                                 Marine Insurance Company
                                                 744 Broad Street, Suite 1200
                                                 Newark, New Jersey 07102-3889
                                                 (973) 424-2000
                                                 AGKominsky@duanemorris.com

DM1\1355067.1